**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00327-CV**
_____

**AMERICAN STATE BANK, Appellant**

**V.**

**KELLY MALATESTA, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-01-00925-CV**

**MEMORANDUM OPINION**

American State Bank, Appellant, and Kelly Malatesta, Appellee, filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). The parties to this appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on April 3, 3024
Opinion Delivered April 4, 2024

Before Horton, Johnson and Wright, JJ.